PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:16-CR-00128 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO AMENDMENT TO PROTECTIVE ORDER AND ORDER** |
| v. | |
| MARCI JESSIE RAMIREZ, | |
| Defendant. | |

WHEREAS, the Court entered a stipulated Protective Order in this case on August 30, 2016 (Doc. 12) in part because the discovery in this case contains a large amount of proprietary, personal and confidential information ("Protected Information"); and

WHEREAS, Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery pursuant to the Protective Order; and

WHEREAS, the parties desire to permit the Defendant to possess copies of certain discovery provided all Protected Information, including witness names, is redacted from the discovery;

The parties agree that entry of an order amending the Protective Order is appropriate.

Therefore, Defendant MARCI JESSIE RAMIREZ, by and through her counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Christopher D. Baker, hereby agree and stipulate to the following amendment to the Protective Order:

1. Paragraph 3 of the Protective Order is amended to provide that Defense Counsel, defense investigators, and support staff may provide copies of law enforcement reports to the Defendant so long as all Protected Information (including names and other personal identifying information of witnesses) is properly redacted. The defendant must return to Defense Counsel at the conclusion of the prosecution all copies of any such discovery she obtains.

IT IS SO STIPULATED.

DATED: February 15, 2017        PHILLIP A. TALBERT
                                United States Attorney

                            By: /s/ Christopher D. Baker
                                CHRISTOPHER D. BAKER
                                Assistant U.S. Attorney


DATED: February 15, 2017    By: /s/ Yan Shrayberman
                                Yan Shrayberman
                                Attorney for Defendant
                                MARCI JESSIE RAMIREZ


IT IS SO ORDERED.

Dated: **February 16, 2017**        /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE