| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | CHRISTOPHER D. BAKER<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00128-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| MARCI JESSIE RAMIREZ, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Marci Jessie Ramirez, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 1028(b), and 28 U.S.C. § 2461(c), defendant Marci Jessie Ramirez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. All items seized and inventories in the Return on search warrant executed on or about September 3, 2015, at the residence located at 2986 E. Michigan Avenue, Fresno, California (see 1:15-SW-00246-BAM) including, but not limited to:
        (1) Discover bank check #6926, dated 08/05/2015 in the amount of $2,500.00 payable to M.R.;
        (2) Three (3) debit cards;
        (3) Eleven (11) gift/debit cards;
        (4) Five Wells Fargo bank checks #213, dated 07/31/2015 in the amount of $747.58 payable to Walmart, #212 (blank), #217 (blank), #219 (blank), #219 (blank), and #220 (blank);

PRELIMINARY ORDER OF FORFEITURE      1

(5) Four (4) debit cards;
(6) Six (6) checks payable to Marci Ramirez:
   a. Discover bank check #1002 dated 09/02/2015 for $2,400
   b. Discover bank check #1002 dated 09/02/2015 for $2,400
   c. Discover bank check #1001 dated 09/02/2015 for $2,400
   d. Discover bank check #1001 dated 09/02/2015 for $2,400
   e. JPMorgan Chase bank check #3657 dated 09/02/2015 for $2,400
   f. Check #102 dated 09/02/2015 for $2,400
(7) Three (3) Discover bank checks #1001 dated 09/02/2015 for $2,400, #1001 dated 09/02/2015 payable to Marci Ramirez for $2,400, and check #6925 (blank);
(8) Kyocera cell phone, model 51360, no serial number;
(9) Items found in trash can outside of residence to include receipts, green dot cards, California Driver Licenses, and CDs;
(10) Seven (7) keys for storage units and mailboxes;
(11) HP Color LaserJet CP1215 printer, unknown serial number;
(12) Two (2) California Driver Licenses and one (1) California identification card;
(13) Eighteen (18) debit cards;
(14) LG flip phone Tracfone Wireless, serial number 407CYTB091265;
(15) Pink Virgin Mobile flip phone Kyocera, unknown serial number;
(16) Samsung model SGH-S150G, serial number R21F37G15TA;
(17) Six (6) debit cards;
(18) Three (3) California Driver Licenses and one (1) California identification card;
(19) Nine (9) debit cards;
(20) Mail and straight talk wireless information;
(21) Samsung Go Phone, unknown model, IMEI: 355697059242010 with receipt;
(22) Box of various office supplies and tools;
(23) Box of stencils, stamps, solutions, and tools;
(24) X-Acto knife;
(25) Mail in various names;
(26) LG flip phone, unknown model, serial number 407CYXM055298;
(27) Motorola cell phone, model XT830C, MSN: P46AXW4LKN;
(28) Mexico identification card;
(29) Four (4) Photoshop books and manuals;
(30) AT&T Tablet, model 9020A, unknown serial number;
(31) Toshiba Laptop, PSL2XU, serial number Y5060092W;
(32) Embosser;
(33) Gateway laptop, P5WS0, serial number LXWYYAA001206144571601;
(34) Lexar 8GB thumb drive unknown model, unknown serial number;
(35) Logitech thumb drive, unknown model, unknown serial number;
(36) Magnetic merchandise tag removal, unknown model, unknown serial number;
(37) Black cell phone, unknown make, model Z936L, serial number 324551172821;
(38) White Samsung cell phone, IMEI 359858/04/102640/0;
(39) iPod model A1566, serial number DLXP4D2GG5W0;
(40) Epson printer, model XP-310, serial number 556P486413;
(41) Ambir Technology printer, serial number 56971B000029;
(42) Canon IP 100 printer, unknown serial number;

(43) HP Deskjet 1010 printer, serial number CN51919054;
(44) Canon printer model IP100, serial number ACCY25786;
(45) Lenovo desktop computer, serial number R300TB0W;
(46) Canon Pixma printer, model K10335, unknown serial number;
(47) Digital pocket scale;
(48) Unused card stock and magnetic strips;
(49) Paperwork in a pink folder;
(50) Security camera;
(51) Apple iPhone, Model A1428, IMEI: 013332007267026;
(52) Bank statements including various credit applications;
(53) Acer laptop, E5-511series, serial number NXMPKAA0054340EC443400 with powercord;
(54) Miscellaneous documents including mail;
(55) Two (2) MasterCards, one (1) Visa card;
(56) Documents with bank account information for various banks;
(57) Visa Square information;
(58) Miscellaneous pieces of mail, receipts and catalogues;
(59) One (1) PVC Card Die Cutter box;

b. All items seized and inventories in the Return on search warrant executed on or about September 3, 2015, at the storage unit located at 4441 West Herndon Avenue, Unit 231, Fresno, California and the storage unit located at 4420 N. Blackstone Avenue, Unit E34, Fresno, California (see 1:15-SW-00253-BAM) including, but not limited to:
   (1) Sixteen debit cards;
   (2) Black purse with envelopes, folders, and papers with names and other personal identifying information (PII);
   (3) GBC DocuSeal 40 laminator, serial #LHM3638;
   (4) Light purple folder with Exeba Comm user guide; and,
   (5) Green folder with bank documents.

c. Two rental contracts;
d. Packing list for blank credit cards in the name of MJ Ramirez;
e. Visa card in the name of JL (last four 4603), Visa card in the name of SR (last four 0114), MasterCard in the name of Marci Ramirez (last four 1602);
f. H&R Block refund check #601498230, dated 07/17/2014, payable to Maria Torres Mendoza;
g. Green file folder with mail paperwork
h. Black box containing numerous white and grey blank credit cards;
i. Magicard Prima 4 card maker,
j. Box containing numerous white and grey blank credit cards;
k. Visa card in the name of JL (last four 9970);
l. MasterCard in the name of JL (last four 9900)
m. Three (3) Supercuts cards, one (1) Vons Club Card (last four 1914), one (1) Mickey's Yogurt card;
n. Visa debit card in the name of KR (last four 7759);
o. Costco card in the name of Marci Ramirez, (last four of member number 9020);
p. Visa debit card in the name of MJ (last four 3446), Visa debit card in the name of KR (last four 8251), Visa debit card in the name of RS (last four 1723), Visa debit card in the name of JL (last four 1008), MasterCard in the name of JL (last four 6840); Visa debit card in the name of JL (last four 1464), Visa debit card in the name of JL (last four 3318);

      q. California identification cards in the names of AA, CR, AA, CR, JL, and ML; and,

      r. A personal money judgment against MARCI JESSIE RAMIREZ in the amount of $95,000.00, less any forfeited funds.

2. The above-listed assets constitute or are derived from proceeds traceable to a violation of 18 U.S.C. §§ 1028A(a)(1) and 1341 or are property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation, or is property used or intended to be used to commit such offenses.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation in its secure custody and control.

4.   a. Pursuant to 18 U.S.C. §§ 982(b), 1028(g), and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///
///
///
///
///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 1028(b), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **December 11, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE