LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

IN THE UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARCI JESSIE RAMIREZ,<br><br>Defendant. | Court Case#: 1:16-CR-00128-001 LJO<br><br>**ORDER FOR TRANSPORT TO DELANCEY STREET** |

IT IS HEREBY ORDERED that Defendant Marci Jesse Ramirez (USM # 75918-097) shall be released to SYLVIA RAMIREZ, from the KERN COUNTY FACILITY at Lerdo or United States Marshall's Office located at 2500 Tulare Street, Third Floor, Fresno, California on March 12, 2018, who will then transport Marci Jesse Ramirez directly to the Delancy Street Program located at Delancey Street Los Angeles, 400 N. Vermont Street, Los Angeles, CA, for intake interview.

If accepted into the program, Defendant Marci Jessie Ramirez will stay at Delancy Street Program and will abide by all the rules of the program.

If not accepted, SLYVIA RAMIREZ will immediately and directly return Marci Jesse Ramirez to the KERN COUNTY FACILITY at Lerdo or United States Marshall's Office no later than 12:00 pm March 13, 2018.

IT IS SO ORDERED.

Dated: **March 7, 2018**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE