1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | HENRY Z. CARBAJAL III
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for Plaintiff
6 | United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00128-DAD-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARCI JESSIE RAMIREZ, | |
| Defendant. | |

WHEREAS, on June 22, 2018, the Court entered an Amended Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Marci Jessie Ramirez in the following property:

    a. All items seized and inventories in the Return on search warrant executed on or about September 3, 2015, at the residence located at 2986 E. Michigan Avenue, Fresno, California (see 1:15-SW-00246-BAM) including, but not limited to:
        (1) Discover bank check #6926, dated 08/05/2015 in the amount of $2,500.00 payable to M.R.;
        (2) Three (3) debit cards;
        (3) Eleven (11) gift/debit cards;
        (4) Five Wells Fargo bank checks #213, dated 07/31/2015 in the amount of $747.58 payable to Walmart, #212 (blank), #217 (blank), #219 (blank), #219 (blank), and #220 (blank);
        (5) Four (4) debit cards;
        (6) Six (6) checks payable to Marci Ramirez:
            a. Discover bank check #1002 dated 09/02/2015 for $2,400
            b. Discover bank check #1002 dated 09/02/2015 for $2,400
            c. Discover bank check #1001 dated 09/02/2015 for $2,400
            d. Discover bank check #1001 dated 09/02/2015 for $2,400

    e. JPMorgan Chase bank check #3657 dated 09/02/2015 for $2,400
    f. Check #102 dated 09/02/2015 for $2,400
(7) Three (3) Discover bank checks #1001 dated 09/02/2015 for $2,400, #1001 dated 09/02/2015 payable to Marci Ramirez for $2,400, and check #6925 (blank);
(8) Kyocera cell phone, model 51360, no serial number;
(9) Items found in trash can outside of residence to include receipts, green dot cards, California Driver Licenses, and CDs;
(10) Seven (7) keys for storage units and mailboxes;
(11) HP Color LaserJet CP1215 printer, unknown serial number;
(12) Two (2) California Driver Licenses and one (1) California identification card;
(13) Eighteen (18) debit cards;
(14) LG flip phone Tracfone Wireless, serial number 407CYTB091265;
(15) Pink Virgin Mobile flip phone Kyocera, unknown serial number;
(16) Samsung model SGH-S150G, serial number R21F37G15TA;
(17) Six (6) debit cards;
(18) Three (3) California Driver Licenses and one (1) California identification card;
(19) Nine (9) debit cards;
(20) Mail and straight talk wireless information;
(21) Samsung Go Phone, unknown model, IMEI: 355697059242010 with receipt;
(22) Box of various office supplies and tools;
(23) Box of stencils, stamps, solutions, and tools;
(24) X-Acto knife;
(25) Mail in various names;
(26) LG flip phone, unknown model, serial number 407CYXM055298;
(27) Motorola cell phone, model XT830C, MSN: P46AXW4LKN;
(28) Mexico identification card;
(29) Four (4) Photoshop books and manuals;
(30) AT&T Tablet, model 9020A, unknown serial number;
(31) Toshiba Laptop, PSL2XU, serial number Y5060092W;
(32) Embosser;
(33) Gateway laptop, P5WS0, serial number LXWYYAA001206144571601;
(34) Lexar 8GB thumb drive unknown model, unknown serial number;
(35) Logitech thumb drive, unknown model, unknown serial number;
(36) Magnetic merchandise tag removal, unknown model, unknown serial number;
(37) Black cell phone, unknown make, model Z936L, serial number 324551172821;
(38) White Samsung cell phone, IMEI 359858/04/102640/0;
(39) iPod model A1566, serial number DLXP4D2GG5W0;
(40) Epson printer, model XP-310, serial number 556P486413;
(41) Ambir Technology printer, serial number 56971B000029;
(42) Canon IP 100 printer, unknown serial number;
(43) HP Deskjet 1010 printer, serial number CN51919054;
(44) Canon printer model IP100, serial number ACCY25786;
(45) Lenovo desktop computer, serial number R300TB0W;
(46) Canon Pixma printer, model K10335, unknown serial number;
(47) Digital pocket scale;
(48) Unused card stock and magnetic strips;

   (49) Paperwork in a pink folder;
   (50) Security camera;
   (51) Apple iPhone, Model A1428, IMEI: 013332007267026;
   (52) Bank statements including various credit applications;
   (53) Acer laptop, E5-511series, serial number NXMPKAA0054340EC443400 with powercord;
   (54) Miscellaneous documents including mail;
   (55) Two (2) MasterCards, one (1) Visa card;
   (56) Documents with bank account information for various banks;
   (57) Visa Square information;
   (58) Miscellaneous pieces of mail, receipts and catalogues;
   (59) One (1) PVC Card Die Cutter box;

b. All items seized and inventories in the Return on search warrant executed on or about September 3, 2015, at the storage unit located at 4441 West Herndon Avenue, Unit 231, Fresno, California and the storage unit located at 4420 N. Blackstone Avenue, Unit E34, Fresno, California (see 1:15-SW-00253-BAM) including, but not limited to:
   (1) Sixteen debit cards;
   (2) Black purse with envelopes, folders, and papers with names and other personal identifying information (PII);
   (3) GBC DocuSeal 40 laminator, serial #LHM3638;
   (4) Light purple folder with Exeba Comm user guide; and,
   (5) Green folder with bank documents.

c. Two rental contracts;
d. Packing list for blank credit cards in the name of MJ Ramirez;
e. Visa card in the name of JL (last four 4603), Visa card in the name of SR (last four 0114), MasterCard in the name of Marci Ramirez (last four 1602);
f. H&R Block refund check #601498230, dated 07/17/2014, payable to Maria Torres Mendoza;
g. Green file folder with mail paperwork
h. Black box containing numerous white and grey blank credit cards;
i. Magicard Prima 4 card maker,
j. Box containing numerous white and grey blank credit cards;
k. Visa card in the name of JL (last four 9970);
l. MasterCard in the name of JL (last four 9900)
m. Three (3) Supercuts cards, one (1) Vons Club Card (last four 1914), one (1) Mickey's Yogurt card;
n. Visa debit card in the name of KR (last four 7759);
o. Costco card in the name of Marci Ramirez, (last four of member number 9020);
p. Visa debit card in the name of MJ (last four 3446), Visa debit card in the name of KR (last four 8251), Visa debit card in the name of RS (last four 1723), Visa debit card in the name of JL (last four 1008), MasterCard in the name of JL (last four 6840); Visa debit card in the name of JL (last four 1464), Visa debit card in the name of JL (last four 3318);
q. California identification cards in the names of AA, CR, AA, CR, JL, and ML;
r. One (1) V8 engine block on a pallet; and,
s. A personal money judgment against MARCI JESSIE RAMIREZ in the amount of $95,000.00, less any forfeited funds.

1       AND WHEREAS, beginning on August 28, 2018, for at least thirty (30) consecutive

2  days, the United States published notice of the Court's Order of Forfeiture on the official

3  internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third

4  parties of their right to petition the Court within sixty (60) days from the first day of

5  publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in

6  the forfeited property;

7       AND WHEREAS, the Court has been advised that no third party has filed a claim to the

8  subject property and the time for any person or entity to file a claim has expired.

9       Accordingly, it is hereby ORDERED and ADJUDGED:

10      1.      A Final Order of Forfeiture shall be entered forfeiting to the United States of

11  America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§

12  981(a)(1)(C), 982(a)(2), 1028(b), and 28 U.S.C. § 2461(c), to be disposed of according to law,

13  including all right, title, and interest of Marci Jessie Ramirez.

14      2.      All right, title, and interest in the above-listed property shall vest solely in the

15  name of the United States of America.

16      3.      The U.S. Marshals Service or Federal Bureau of Investigation shall maintain

17  custody of and control over the subject property until it is disposed of according to law.

18

19  IT IS SO ORDERED.

20  Dated:   **June 16, 2021**

                                              _____
                                              UNITED STATES DISTRICT JUDGE